*George M. Naus* and *Clarence E. Weisell* for petitioner in No. 845. *Messrs. Donald R. Richberg, Felix T. Smith,* and *Francis R. Kirkham* for petitioner in No. 918. *Messrs. Donald R. Richberg* and *Rufus G. Poole* for petitioners in No. 937. *Messrs. George M. Naus, Clarence E. Weisell,* and *Harold N. McLaughlin* for the General Committee of Adjustment of the Brotherhood of Locomotive Engineers, respondent in No. 918. *Solicitor General Fahy* and *Mr. Robert L. Stern* for the National Mediation Board et al.; and *Messrs. Bernard M. Savage* and *Alfred L. Bennett* for the Brotherhood of Railroad Trainmen,—respondents in No. 937.

No. 935. KELLEY *v.* EVERGLADES DRAINAGE DISTRICT. See *ante,* p. 415.

Nos. 973 and 974. MERCOID CORPORATION *v.* MID-CONTINENT INVESTMENT CO. ET AL. June 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Geo. L. Wilkinson* for petitioner. *Mr. Richard Spencer* for the Mid-Continent Investment Co.; and *Messrs. William P. Bair* and *Will Freeman* for Minneapolis-Honeywell Regulator Co.,—respondents.

No. 975. ATLANTIC REFINING Co. *v.* MOLLER. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Otto Wolff, Jr.* for petitioner. *Messrs. Leonard J. Matteson* and *J. Harry LaBrum* for respondent.

No. 972. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* GOOCH MILLING & ELEVATOR CO. June 1,

738

1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. F. W. McReynolds* and *D. M. Kelleher* for respondent.

No. 15, original. Ex parte United States. See *ante,* p. 730.

No. 991. Snowden *v.* Hughes et al. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. William R. Ming, Jr.* and *Joseph E. Snowden* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for Edward J. Hughes et al.; and *Mr. Isaac E. Ferguson* for Robert E. Straus et al., Co-Executors,—respondents.

Nos. 945 and 946. Ford Motor Co. *v.* Gordon Form Lathe Co. June 7, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the first question presented by the petition. ˙ *Messrs. Drury W. Cooper* and *I. Joseph Farley* for petitioner. *Messrs. F. O. Richey* and *B. D. Watts* for respondent.

No. 949. Smith *v.* Allwright, Election Judge, et al. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Thurgood Marshall, W. Robert Ming, Jr., George M. Johnson, Leon A. Ransom,* and *Carter Wesley* for petitioner. *Mr. Arthur Garfield Hays* filed a brief on behalf of the American Civil Liberties Union, as *amicus*